# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   ROBERT T. SKAJA & SALLY A. SKAJA                    Case Number: 07-70232
         827 DARTMOOR DRIVE           SSN-xxx-xx-3967 & xxx-xx-9017
         CRYSTAL LAKE, IL  60014

                                                      Case filed on:   2/2/2007
                                                      Plan Confirmed on: 5/3/2007
                                D Dismissed

Total funds received and disbursed pursuant to the plan: $9,186.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| 010 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | HR ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | BUREAU OF COLLECTION RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ER SOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | CERTIFIED SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDITORS COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | GC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | DEPENDON COLLECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | KEY FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | KEY FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | OSI COLLECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | ORS/AETNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | AMERICAN MED. COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 053 | MRSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | PROFESSIONAL ACCT. MGMT. | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | KCA FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ROBERT T. SKAJA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | DAIMLER CHRYSLER SERVICES | 18,889.63 | 18,889.63 | 2,228.81 | 2,676.80 |
| 002 | ILLINOIS DEPT OF REVENUE | 1,002.00 | 0.00 | 0.00 | 0.00 |
| 003 | OPTION ONE MORTGAGE CORPORATION | 245,372.89 | 0.00 | 0.00 | 0.00 |
| 004 | OPTION ONE MORTGAGE CORPORATION | 19,609.12 | 813.35 | 813.35 | 0.00 |
| | Total Secured | 284,873.64 | 19,702.98 | 3,042.16 | 2,676.80 |
| 005 | AETNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN RADIOLOGICAL SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BRIAN OVERMYER DDS | 1,656.69 | 1,656.69 | 30.90 | 0.00 |
| 008 | CAPITAL ONE | 3,047.27 | 3,047.27 | 56.84 | 0.00 |
| 009 | CAPITAL ONE | 3,160.64 | 3,160.64 | 58.95 | 0.00 |
| 012 | CARING FAMILY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CENTEGRA MEMORIAL MEDICAL CENTER | 7,690.45 | 7,690.45 | 143.44 | 0.00 |
| 019 | ROUNDUP FUNDING LLC | 1,004.68 | 1,004.68 | 18.74 | 0.00 |
| 020 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CITY OF CRYSTAL LAKE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CRYSTAL LAKE MEDICAL & SPORTS REHAB | 677.00 | 677.00 | 0.00 | 0.00 |
| 023 | DHARMVIR S. VERMA, MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | DONALD B. CHINLUND, DDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | GREAT LAKES LAWN & LANDSCAPE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | GREATER ELGIN EMERGENCY SPEC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ECAST SETTLEMENT CORPORATION | 1,387.71 | 1,387.71 | 25.88 | 0.00 |
| 030 | IL DEPT OF EMPLOYMENT SECURITY | 846.00 | 846.00 | 15.78 | 0.00 |
| 032 | K/M SALES & SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | LAKE/MCHENRY PATHOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MCHENRY CO. ORTHOPEDICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MERCY PHYSICIAN SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | MHS PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | MIDWEST LAKES MEDICAL CTR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | MORAINE EMERGENCY PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | NICOR GAS | 205.81 | 205.81 | 0.00 | 0.00 |
| 045 | NORTHWEST SUBURBAN IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ORCHARD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | QUEST DIAGNOSTICS | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---:|---:|---:|---:|
| 050 | SHERMAN HOSPITAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | SPORTS PHYSICAL THERAPY & REHAB SPEC. | | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | ST. JOSEPH HOSPITAL | | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | SURGICAL ASSOC. OF FOX VALLEY | | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | TCF BANK | | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | TOWN SQUARE ANESTHESIA | | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | TRUGREEN CHEMLAWN | | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | WOODSTOCK IMAGING ASSOC. | | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | CITY OF CRYSTAL LAKE | | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | JAMES J. NUZZO | | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | HORIZONS BEHAVIORAL HEALTH | | 1,077.57 | 1,077.57 | 20.10 | 0.00 |
| 064 | ECAST SETTLEMENT CORPORATION | | 417.08 | 417.08 | 0.00 | 0.00 |
| 065 | H & R ACCOUNTS | | 628.24 | 628.24 | 0.00 | 0.00 |
| | | Total Unsecured | 21,799.14 | 21,799.14 | 370.63 | 0.00 |
| | | Grand Total: | 309,946.78 | 44,776.12 | 5,912.79 | 2,676.80 |

Total Paid Claimant:    $8,589.59
Trustee Allowance:      $596.41
Percent Paid Unsecured:    1.70

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

     /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008            By  /s/Heather M. Fagan